# Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Matthew E. Kelley
Tel: 202-508-1112
kelleym@ballardspahr.com

May 6, 2019

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Seaman v. IAC/InterActiveCorp, et al.*, No. 1:19-cv-03190-LGS-KHP
      Motion for Admission *Pro Hac Vice*

Dear Judge Schofield:

My Motion for Admission *Pro Hac Vice*, filed on April 24, 2019 (Dkt 29), inadvertently omitted a statement regarding opposing counsel's position, as required under Rule III.C.1 of Your Honor's Individual Rules and Procedures for Civil Cases. I write to notify the Court that plaintiff's counsel, Steven S. Biss, has advised that he consents to the motion.

Should you have any questions concerning the foregoing, please do not hesitate to contact me. Thank you for your consideration of this matter.

Sincerely,

Matthew E. Kelley (*pro hac vice* application pending)

cc:   Seth D. Berlin, Esq. (via ECF)
      Steven S. Biss, Esq. (via ECF)