June 11, 2019

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Seaman v. IAC/InterActiveCorp, et al.*,
              No. 1:19-cv-03190-LGS-KHP

Dear Judge Schofield:

      Attached please find plaintiff's Notice of Dismissal dismissing the above-referenced action.

      Although the Notice is plaintiff's alone, defense counsel has helped facilitate its filing by including it as an attachment to this joint letter. Specifically, because the case was recently transferred to your Court from the United States District Court for the Eastern District of Virginia, plaintiff's counsel was unable to file the Notice via ECF, and plaintiff could not do so himself as a *pro se* party because the docket lists him as having counsel. Accordingly, as instructed by your Chambers, defendants' counsel is filing it as an attachment herewith.

      If you have any questions, please do not hesitate to let us know. Otherwise, we request that the case be dismissed per the attached Notice of Dismissal. Thank you for your attention to this matter.

      Respectfully submitted,

| | |
|---|---|
|  */s/ Steven S. Biss* |  */s/ Seth D. Berlin* |
| Steven S. Biss (not admitted in S.D.N.Y.) | Seth D. Berlin (SB7176) |
| 300 West Main Street | Matthew E. Kelley (admitted *pro hac vice*) |
| Suite 102 | Ballard Spahr LLP |
| Charlottesville, VA 22903 | 1909 K Street NW, 12th Floor |
| Telephone: (804) 501-8272 | Washington, DC 20006 |
| Facsimile: (202) 318-4098 | Telephone: (202) 508-1122 |
| stevenbiss@earthlink.com | Facsimile: (202) 661-2299 |
| | berlins@ballardspahr.com |
| *Virginia Counsel for Plaintiff David Seaman* | kelleym@ballardspahr.com |
| | |
| | *Counsel for Defendants IAC/InterActiveCorp and The Daily Beast Company LLC* |