USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SEAMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-03190-LGS |
| v. ) | |
| ) | SO ORDERED. |
| ) | Dated: June 12, 2019 |
| IAC/INTERACTIVECORP, INC. ) | New York, New York |
| et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# NOTICE OF DISMISSAL

Plaintiff, David Seaman, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files Notice of Dismissal of this action against defendants, IAC/Interactivecorp, Inc. and The Daily Beast Company, LLC.

DATED:    June 11, 2019

DAVID SEAMAN

By:   */s/ Steven S. Biss*
    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903
    Telephone:   (804) 501-8272
    Facsimile:    (202) 318-4098
    Email:    **stevenbiss@earthlink.net**

*Counsel for Plaintiff, David Seaman**

\*    This Notice of Dismissal is filed by Plaintiff's Virginia counsel at Plaintiff's direction and with Plaintiff's authority

1